```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT

Judy Diane Seward,             :
                               :
     Plaintiff,                :
                               :
v.                             :      Case No. 3:16-cv-301 (RNC)
                               :
Carolyn W. Colvin,             :
Commissioner of                :
Social Security,               :
                               :
     Defendant.                :
```

RULING AND ORDER

Plaintiff Judy Diane Seward brings this action seeking judicial review of a final decision of the Commissioner of Social Security regarding an application for supplemental security income benefits (SSI) under Title XVI of the Social Security Act. The Commissioner argues that the action should be dismissed because plaintiff missed the 60-day deadline for seeking court review and equitable tolling does not apply. In addition, the Commissioner argues that the decision in question is fully favorable to the plaintiff and thus not subject to judicial review. I agree with the Commissioner and therefore grant the motion to dismiss.

I.   Background

Plaintiff applied for SSI benefits on August 30, 2011, alleging a disability onset date of November 1, 2004. She had previously filed applications in August 2005 under Titles II and